**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Daniel SPERDUTTO, Defendant-
Appellant.**

**No. 264, Docket 25495.**

United States Court of Appeals
Second Circuit.

Argued March 3, 1959.

Decided March 3, 1959.

Bernard R. Lieberman, New York City, for appellant.

James G. Starkey, Asst. U. S. Atty., S. D. N. Y., New York City (Arthur H. Christy, U. S. Atty., and Mark F. Hughes, Jr., Asst. U. S. Atty., New York City, on the brief), for appellee.

Before MEDINA and HINCKS, Circuit Judges, and MATHES, District Judge.

PER CURIAM.

Judgment affirmed in open court.

**INDEPENDENT PETROLEUM WORK-
ERS OF NEW JERSEY**

v.

**ESSO STANDARD OIL COMPANY, a
Delaware corporation licensed to do
business in New Jersey, Appellant.**

**No. 12783.**

United States Court of Appeals
Third Circuit.

Argued Feb. 19, 1959.

Decided March 6, 1959.

William L. Dill, Jr., Newark, N. J. (Stryker, Tams & Horner, Newark, N. J., on the brief), for appellant.

Bracken & Walsh, Newark, N. J., for appellee.

Before BIGGS, Chief Judge, and GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

And Now, to wit, this 6th day of March, 1959, it appearing that Independent Petroleum Workers of New Jersey, plaintiff-appellee, has abandoned its case, and it further appearing that the case has become moot, it is

Ordered that the judgment of the court below is vacated and the case is remanded with the direction to dismiss the action as moot.

**V & M HOMES, INC., Appellant,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Appellee.**

**No. 13524.**

United States Court of Appeals
Sixth Circuit.

Jan. 8, 1959.

Harry W. Wellford, McCloy, Myar & Wellford, Memphis, Tenn., for petitioner.

James P. Turner, Charles K. Rice, Arch M. Cantrall, Lee A. Jackson, Rollin H. Transue, Robert N. Anderson, Dept. of Justice, Washington, D. C., for respondent.

Before ALLEN, Chief Judge, SIMONS, Circuit Judge, and KENT, District Judge.

PER CURIAM.

The decision of the United States Tax Court is affirmed upon the grounds and for the reasons set forth in the findings of fact and opinion of the Tax Court. 28 T.C. 1121.